THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MORRIS KORN, Appellant.

*People* v. *Korn*, 103 App. Div. —, affirmed.
(Argued April 24, 1905; decided May 30, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March

24, 1905, which affirmed a judgment of the Court of General Sessions of the county of New York, rendered upon a verdict convicting the defendant of a violation of the Liquor Tax Law.

*Benjamin F. Spellman* for appellant.

*William Travers Jerome, District Attorney (Edward Sandford* of counsel), for respondent.

Judgment of conviction affirmed ; no opinion.
Concur : GRAY, BARTLETT, HAIGHT, VANN and WERNER, JJ. Dissenting : CULLEN, Ch. J., and O'BRIEN, J.